■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD WADE, Appellant. [857 NYS2d 492]—Judgment, Supreme Court, New York County (A. Kirke Bartley, J., at plea; Laura Ward, J., at sentence), rendered June 5, 2006, convicting defendant of attempted criminal possession of a controlled substance in the third degree and criminal sale of a controlled substance in the fifth degree, and sentencing him, as a second felony drug offender, to concurrent terms of $4^{1}/_{2}$ years and 4 years, respectively, unanimously affirmed.

In light of defendant's background, which included absconding from a drug program, the sentencing court properly exercised its discretion when it denied defendant's request to enter a comprehensive alcohol and substance abuse treatment program (*see* Penal Law § 60.04 [6]). We perceive no basis for reducing the sentence. Concur—Friedman, J.P., Williams, Catterson and Acosta, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW HOLLINS, Appellant. [857 NYS2d 492]—Judgment, Supreme Court, New York County (Charles Solomon, J.), rendered on or about July 3, 2007, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Friedman, J.P., Williams, Catterson and Acosta, JJ.